**DISMISS and Opinion Filed March 21, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00076-CV

**IVERY CLARK WILLIAMS, Appellant**
**V.**
**JUDGE TED AKIN AND SAMUEL J. POLAK, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-06220-D**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Garcia
Opinion by Justice Nowell

We questioned our jurisdiction over this appeal because there did not appear to be either a final judgment or an appealable interlocutory order. We directed appellant to file a letter brief addressing the jurisdictional issue with an opportunity for appellees to file a response.

Generally, this Court has jurisdiction over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001); *see also* TEX. CIV. PRAC. & REM. CODE ANN. §

51.014(a) (listing appealable interlocutory orders). A final judgment is one that disposes of all parties and claims. *See Lehmann*, 39 S.W.3d at 195.

Appellant filed a lawsuit against appellees Samuel Polak and Judge Ted Akin. Polak filed a motion to dismiss and the trial court granted it by order signed on December 19, 2022. Appellant's claims against Judge Akin remain pending. As noted in appellee Samuel Polak's letter brief, the record does not reflect that Judge Akin has been served. *See Youngstown Sheet & Tube Co. v. Penn*, 363 S.W.2d 230, 232 (Tex. 1962) (holding judgment that disposed of all claims against all defendants except one which was never served was final and appealable where there was nothing to indicate that petitioner ever expected to obtain service upon that defendant). Nothing in the record before this Court reflects that appellant does not intend to serve Judge Akin. In his letter brief, appellant demonstrates his intent to pursue his claims against both appellees. He fails, however, to explain how this Court has jurisdiction over the appeal.

Because a final judgment has not been rendered, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

230076F.P05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IVERY CLARK WILLIAMS,
Appellant

No. 05-23-00076-CV          V.

JUDGE TED AKIN AND SAMUEL
J. POLAK, Appellees

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-22-06220-
D.
Opinion delivered by Justice Nowell.
Justices Reichek and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered March 21, 2023